United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 30, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────

No. 05-10723
Summary Calendar

───────────

UNITED STATES OF AMERICA

Plaintiff-Appellee

V.

NATHAN REYES

Defendant-Appellant

─────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:05-CR-4-ALL

─────────────────

Before WIENER, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Nathan Reyes has
moved for leave to withdraw and has filed an amended brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  Reyes has filed a response in which
he claims, inter alia, that his trial counsel was ineffective for failing to move for
a judgment of acquittal.

───────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Our independent review of the record, counsel's brief, and Reyes's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.